IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TOYOTA MOTOR SALES, U.S.A., INC., <br><br> Plaintiff, <br><br> v. <br><br> A1LWRCFTQXO62M, et al., <br><br> Defendants. | Case No. 25-cv-11899 <br><br> **Judge Virginia M. Kendall** <br><br> **Magistrate Judge Jeannice W. Appenteng** |

## SATISFACTION OF JUDGMENT

WHEREAS, a judgment was entered in the above action on December 9, 2025 [47], in favor of Plaintiff Toyota Motor Sales, U.S.A., Inc. ("Plaintiff") and against the Defendants Identified in Schedule A in the amount of one hundred thousand dollars ($100,000) per Defaulting Defendant for willful use of counterfeit Toyota Trademarks in connection with the offer for sale and/or sale of products through at least the Defendant Internet Stores, and Plaintiff acknowledges payment of an agreed upon damages amount, costs, and interest and desires to release this judgment and hereby fully and completely satisfy the same as to the following Defendants:

| Defendant Name | Line No. |
|---|---|
| dun_77605 | 63 |
| honbrieautos | 70 |
| karustoree | 75 |
| xivanpart | 86 |

THEREFORE, full and complete satisfaction of said judgment as to the above-referenced Defendants is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

1

Dated this 18th day of December 2025.  Respectfully submitted,

/s/ Trevor C. Talhami
Amy C. Ziegler
Justin R. Gaudio
Trevor C. Talhami
Thomas J. Juettner
Greer, Burns & Crain, Ltd.
200 West Madison Street, Suite 2100
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
ttalhami@gbc.law
tjjuettner@gbc.law

*Counsel for Plaintiff*
*Toyota Motor Sales, U.S.A., Inc.*